UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81612-KAM

CARTIGA, LLC f/k/a
LEGAL BUSINESS SERVICES, LLC,

Plaintiff,

v.

BRISEIDA ROBLES,

Defendant.
_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

This cause is before the Court upon Plaintiff's Motion to Enforce the Settlement. (DE 13).

This matter was referred to the Honorable Bruce E. Reinhart, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, entered March 30, 2023, has been filed. (DE 22.) The Report recommends that the Motion be denied. The Court has conducted an independent *de novo* review of the file and no objections to the Report and Recommendation have been filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation (DE 22) is **AFFIRMED AND ADOPTED**.

2) Plaintiff's Motion to Enforce the Settlement. (DE 13) is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 17th day of April, 2023.

KENNETH A. MARRA
United States District Judge